Harvey **WALDMAN,**
Petitioner–Appellant,

v.

**COMMISSIONER OF INTERNAL
REVENUE SERVICE,**
Respondent–Appellee.

No. 87–7417.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted May 3, 1988.

Decided July 5, 1988.

Timothy S. Harris, Los Angeles, Cal., for petitioner-appellant.

Kenneth L. Greene, Dept. of Justice, Washington, D.C., for respondent-appellee.

Before GOODWIN and HALL,
Circuit Judges, and BELLONI,* District
Judge.

### ORDER

We affirm the judgment substantially for the reasons stated by the Tax Court in its opinion in 88 T.C. 1384 (1987).